UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13
MICHAEL BROSE
LINDA BROSE                                               CASE NO. 09-72214

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **Beneficial Illinois**                      **Court claim #: 12**

**Last four digits** of any number used to identify the debtor's account:

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $10,533.22 |
| Amount Paid by Trustee | $10,533.22 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan           ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  7/16/2014                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 16th Day of July, 2014.

Dated:  7/16/2014                    /s/Cynthia K. Burnard

BENEFICIAL ILLINOIS D/B/A BENEFICIAL
MORTGAGE CO OF ILLINOIS
636 GRAND REGENCY BLVD
BRANDON, FL 33510

BENEFICIAL
PO BOX 5004
GLENDALE HEIGHTS, IL  60139

BENEFICIAL ILLINOIS INC
PO BOX 829009
DALLAS, TX 75382-9009

LAW OFFICES OF TERRI M. LONG
18201 MORRIS AVENUE
HOMEWOOD, IL  60430

MICHAEL BROSE
LINDA BROSE
8576 W. CEDARVILLE ROAD
LENA, IL  61048

BRIAN A. HART LAW OFFICES
1410 N. MAIN STREET
ROCKFORD, IL  61103